UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LISA BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No.7:10:CV-165-FL |
| ) | |
| SON'S QUALITY FOOD ) | |
| and THOMAS R. PEACOCK, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of Defendants' Motion for Summary Judgment or, in the alternative, Motion to Dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on May 12, 2011, that Defendants' Motion for Summary Judgment is GRANTED. The Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on May 17, 2011, and Copies To:**

Lisa Bell (via U.S. Mail) 143 Pinetown Road, Jacksonville, NC 28540
Michael Murchison (via CM/ECF Notice of Electronic Filing)


May 17, 2011         DENNIS P. IAVARONE, CLERK
                       /s/ Christa N. Baker
                     (By) Christa N. Baker, Deputy Clerk